UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

The Travelers Indemnity Company, et al.,

Plaintiff,

-against-

County of Westchester,

Defendants.

---------------------------------------------------X

26-cv-02874 (KMK)

CALENDAR NOTICE

Please take notice that the above captioned action has been scheduled for an initial conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, July 14, 2026 at 2:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: July 7, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J